# United States Court of Appeals
## For the First Circuit

No. 16-1342

UNITED STATES OF AMERICA,

Appellee,

v.

FREDDY CORTEZ-VERGARA,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this court issued on October 17, 2017, is amended as follows:

On page 3, lines 14 and 18 "705031(a)(1)" is replaced with "70503(a)(1)"